IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL OIL CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04-11028 EFH |

## NOTICE OF APPEARANCE

Please note and enter the appearance Rosanna Sattler, Esquire, David Y. Li, Esquire and Jennifer E. Parker, Esquire of the law firm of Posternak Blankstein & Lund LLP, on behalf of Plaintiff, Lowes Retail Development, LLC.

        Lowes Retail Development, LLC

        By their attorneys,

        _____
        Rosanna Sattler, Esquire, BBO #442760
        David Y. Li, BBO #555823
        Jennifer Parker, BBO #637114
        Posternak Blankstein & Lund LLP
        The Prudential Tower
        800 Boylston Street
        Boston, MA 02199-8004
        (617) 973-6100

Dated: May 24, 2004

## CERTIFICATE OF SERVICE

I, Rosanna Sattler, hereby certify that on the 24th day of May, 2004, a copy of the within document was served by first-class mail, postage prepaid to all counsel of record.

_____
ROSANNA SATTLER