UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL OIL CORPORATION,<br><br>Defendant. | Civil Action No. 1:04-cv-11028 |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT EXXONMOBIL OIL CORPORATION

Defendant ExxonMobil Oil Corporation hereby submits the following corporate disclosure statement pursuant to Local Rule 7.3(A).

ExxonMobil Oil Corporation is 100% owned by Mobil Corporation. Mobil Corporation is 100% owned by Exxon Mobil Corporation. Exxon Mobil Corporation is the parent company and is publicly traded. No publicly held corporation owns 10% of its stock.

EXXONMOBIL OIL CORPORATION,

By its attorneys,

*/s/ Tara Myslinski*
Deborah E. Barnard (BBO# 550654)
Tara J. Myslinski (BBO# 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: May 26, 2004

## CERTIFICATE OF SERVICE

    I, Tara J. Myslinski, attorney for the defendant, ExxonMobil Oil Corporation, hereby certify that on May 26, 2004, a true and accurate copy of the Corporate Disclosure Statement of Defendant ExxonMobil Oil Corporation was served by first class mail on plaintiff's counsel, David Y. Li, Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston St., Boston, MA 02199.

                                                          /s/ Tara J. Myslinski
                                                            Tara J. Myslinski

# 1968479_v1