UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| LOWELL RETAIL DEVELOPMENT LLC, Plaintiff, v. EXXON MOBIL OIL CORPORATION, Defendant. | Civil Action No. 1:04-cv-11028 |
|---|---|

**DEFENDANT'S ASSENTED TO MOTION
TO EXTEND TIME TO ANSWER THE COMPLAINT**

Defendant, Exxon Mobil Oil Corporation ("ExxonMobil"), hereby moves this Court to extend, until June 17, 2004, the time for ExxonMobil to answer or otherwise respond to the Complaint of the plaintiff, Lowell Retail Development, LLC. As grounds for this Motion, ExxonMobil states that the parties are exploring a potential negotiated resolution of this litigation.

WHEREFORE, ExxonMobil respectfully request that the Court allow this assented to motion.

EXXON MOBIL OIL CORPORATION

By its attorneys,

*/s/ Tara Myslinski*
Deborah E. Barnard (BBO# 550654)
Tara J. Myslinski (BBO # 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Assented To:

LOWELL RETAIL DEVELOPMENT, LLC

By its attorneys,

*/s/ Jennifer Parker / tjm*
Rosanna Sattler (BBO#442760)
David Y. Li (BBO# 555823)
Jennifer Parker (BBO# 637114)
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston St.
Boston, MA  02199
(617) 973-6100


Dated:  May 26, 2004

# 1926609_v1