UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL OIL CORPORATION,<br><br>Defendant. | Civil Action No. 1:04-cv-11028 |

**DEFENDANT'S ASSENTED TO MOTION
TO EXTEND TIME TO ANSWER THE COMPLAINT**

Defendant, Exxon Mobil Oil Corporation ("ExxonMobil"), hereby moves this Court to extend, until July 19, 2004, the time for ExxonMobil to answer or otherwise respond to the Complaint of the plaintiff, Lowell Retail Development, LLC. As grounds for this Motion, ExxonMobil states that the parties are exploring a potential negotiated resolution of this litigation.

WHEREFORE, ExxonMobil respectfully request that the Court allow this assented to motion.

EXXON MOBIL OIL CORPORATION

By its attorneys,

/s/ Tara J. Myslinski
Deborah E. Barnard (BBO# 550654)
Tara J. Myslinski (BBO # 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Assented To:

LOWELL RETAIL DEVELOPMENT, LLC

By its attorneys,

/s/ Jennifer Parker (w/permission)
Rosanna Sattler (BBO#442760)
David Y. Li (BBO# 555823)
Jennifer Parker (BBO# 637114)
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston St.
Boston, MA  02199
(617) 973-6100

Dated:  June 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to the following individual by first class mail, postage prepaid, this 14th day of June, 2004:

>Jennifer Parker, Esq.
>POSTERNAK BLANKSTEIN & LUND LLP
>Prudential Tower
>800 Boylston St.
>Boston, MA  02199

>/s/ Tara J. Myslinski
>Tara J. Myslinski

# 1926609_v1