UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 24  A 11: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT, LLC, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EXXON MOBIL OIL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NO. 04-11028 EFH

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff Lowell Retail Development, LLC makes the following disclosures:

1.  Lowell Retail Development, LLC has no parent corporation.

2.  No publicly owned company owns 10% or more of its stock.

LOWELL RETAIL DEVELOPMENT, LLC
By their attorneys,

_/s/ Jennifer Parker_
Rosanna Sattler, Esquire, BBO #442760
David Y. Li, BBO #555823
Jennifer Parker, BBO #637114
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

Dated: June 23, 2004

ID # 396209v01/13469-2/ 06.23.2004

## CERTIFICATE OF SERVICE

I, Jennifer Parker, hereby certify that on the 23rd day of June, 2004, a copy of the within document was served by first-class mail, postage prepaid to all counsel of record.

Deborah A. Barnard, Esquire
Holland & Knight
10 St. James Avenue
Boston, MA 02116

Tara J. Myslinski, Esquire
Holland & Knight
10 St. James Avenue
Boston, MA 02116

_____
Jennifer Parker

ID # 396209v01/13469-2/ 06.23.2004