UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL OIL CORPORATION,<br><br>Defendant. | Civil Action No. 1:04-cv-11028 |

## DEFENDANT'S ASSENTED TO MOTION
## TO EXTEND TIME TO ANSWER THE COMPLAINT

Defendant, Exxon Mobil Oil Corporation ("ExxonMobil"), hereby moves this Court to extend, until August 26, 2004, the time for ExxonMobil to answer or otherwise respond to the Complaint of the plaintiff, Lowell Retail Development, LLC. As grounds for this Motion, ExxonMobil states that the parties are exploring a potential negotiated resolution of this litigation and now are in the advanced stages of negotiations.

WHEREFORE, ExxonMobil respectfully request that the Court allow this assented to motion.

EXXON MOBIL OIL CORPORATION

By its attorneys,

/s/ Tara J. Myslinski
Deborah E. Barnard (BBO# 550654)
Tara J. Myslinski (BBO # 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Assented To:

LOWELL RETAIL DEVELOPMENT, LLC

By its attorneys,


/s/ Jennifer Parker (Assented To)
Rosanna Sattler (BBO#442760)
David Y. Li (BBO# 555823)
Jennifer Parker (BBO# 637114)
POSTERNAK BLANKSTEIN &
LUND LLP
Prudential Tower
800 Boylston St.
Boston, MA  02199
(617) 973-6100


Dated: July __, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to David Y. Li, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, this 13th day of July, 2004.

/s/ Tara J. Myslinski
Tara J. Myslinski


# 2099060_v1