IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LOWELL RETAIL DEVELOPMENT, LLC,

    Plaintiff,

v.

EXXON MOBIL OIL CORPORATION,

    Defendant.

CIVIL ACTION NO. 04-11028 EFH

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as attorney for the Plaintiff Lowell Retail Development LLC. The law firm of Posternak Blankstein & Lund LLP, together with Rosanna Sattler and David Li continue to represent the Plaintiff.

Jennifer E. Parker, BBO #637114
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

ID # 400141v01/13469-2/ 07.15.2004

## CERTIFICATE OF SERVICE

I, Jennifer E. Parker, do hereby certify that on this 21st day of July 2004, I served a copy of the within document via first class mail, postage prepaid upon:

Deborah A. Barnard, Esquire
Holland & Knight
10 St. James Avenue
Boston, MA 02116

Tara J. Myslinski, Esquire
Holland & Knight
10 St. James Avenue
Boston, MA 02116

_____
Jennifer E. Parker

ID # 400141v01/13469-2/ 07.15.2004