UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOWELL RETAIL DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL OIL CORPORATION, <br><br> Defendant. | Civil Action No. 1:04-cv-11028 |

## DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT AND THE SCHEDULING CONFERENCE

Defendant, Exxon Mobil Oil Corporation ("ExxonMobil"), hereby moves this Court to extend, until December 10, 2004, the time for ExxonMobil to answer or otherwise respond to the Complaint of the plaintiff, Lowell Retail Development, LLC. In addition, ExxonMobil moves the Court to extend the date of the Scheduling Conference (currently set for November 22, 2004) until December 10, 2004. As grounds for this Motion, ExxonMobil states that the parties have reached a settlement in this litigation and are currently in the process of executing the settlement agreement and releases and conveying the settlement sum. The extension is necessary to ensure sufficient time for full execution of the settlement documents and conveyance of the settlement payment.

WHEREFORE, ExxonMobil respectfully request that the Court allow this

assented to motion.

EXXON MOBIL OIL CORPORATION

By its attorneys,

/s/ Tara J. Myslinski
Deborah E. Barnard (BBO# 550654)
Tara J. Myslinski (BBO # 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Assented To:
LOWELL RETAIL DEVELOPMENT,
LLC

By its attorneys,


/s/ David Y. Li (Assented To)
Rosanna Sattler (BBO#442760)
David Y. Li (BBO# 555823)
POSTERNAK BLANKSTEIN &
LUND LLP
Prudential Tower
800 Boylston St.
Boston, MA  02199
(617) 973-6100

Dated:  November 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail to David Y. Li, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, this 12th day of November, 2004.

/s/ Tara J. Myslinski
Tara J. Myslinski

# 2189444_v1