# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOWELL RETAIL DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL OIL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO. 04-11028 EFH |

FILED IN CLERK'S OFFICE
2004 DEC -3 P 1: 26
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the plaintiff hereby dismisses this action with prejudice. The defendant has not filed an answer or motion for summary judgment in this action.

**LOWELL RETAIL DEVELOPMENT, LLC**
By their attorneys,

_____
Rosanna Sattler, Esq., BBO #442760
David Y. Li, BBO #555823
Posternak Blankstein & Lund LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

Dated:

ID # 404171v01/13469-2/ 11.29.2004

## CERTIFICATE OF SERVICE

    I, David Y. Li, hereby certify that on this 3rd day of December, 2004, I caused a copy of the foregoing to be served by first class mail, postage prepaid, to: Tara J. Myslinski, Esq., Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116.

_____
David Y. Li